IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY CARTER,

    Petitioner,                    No. CIV S-02-0126 WBS JFM P

    vs.

DAVE RUNNELS, et al.,

    Respondents.                 <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding through counsel with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On March 20, 2007, petitioner filed a letter in propria persona. In the letter, he states that his attorney, Frank Prantil, has died and he requests that he represent himself for the remainder of these proceedings.

        Good cause appearing, IT IS HEREBY ORDERED that petitioner shall henceforth proceed with this action in propria persona. The Clerk of the Court is directed to change the record in this action accordingly.

DATED: June 12, 2007.

                                        UNITED STATES MAGISTRATE JUDGE

12;cart0126.ipp

1