**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GREGORY CARTER,<br><br>          Petitioner,<br><br>vs.<br><br>DAVE RUNNELS, et al.,<br><br>          Respondents. | No. 2:02-CV-0126-RRB-JFM P<br><br>**ORDER** |

Petitioner Gregory Carter ("Petitioner"), a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

On February 15, 2008, Magistrate Judge John F. Moulds filed Findings and Recommendations (Docket 46) herein which were served on all parties and which contained notice to all parties that any objections to the same were to be filed within twenty days. Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the Findings and Recommendations at Docket 46 to be supported by the record and by the magistrate judge's analysis.

Accordingly, **IT IS HEREBY ORDERED** that:

ORDER DENYING PETITIONER'S APPLICATION - 1
2:02-CV-0126-RRB-JFM P

1.  The Findings and Recommendations at **Docket 46**, filed on February 15, 2008, are adopted in full; and

2.  Petitioner's application for a writ of habeas corpus is **DENIED**.

**ENTERED** this 19th day of March, 2008.

                                  S/RALPH R. BEISTLINE
                                  UNITED STATES DISTRICT JUDGE